

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-31-2001

# Beta Spawn Inc v. FFE Transp Ser Inc

Precedential or Non-Precedential:

Docket 00-1332

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"Beta Spawn Inc v. FFE Transp Ser Inc" (2001). *2001 Decisions.* Paper 118.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/118

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
———————

No. 00-1332
———————


BETA SPAWN, INC.

v.

FFE TRANSPORTATION SERVICES, INC.,

Appellant

———————————


ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

(Dist. Court No. 99-CV-00815)
District Court Judge: William H. Yohn, Jr.
———————————


Argued on March 8, 2001

Before: ALITO, McKEE, and KRAVITCH, Circuit Judges.

ROBERT C. HOUPT, ESQ. (ARGUED)
Houpt & Wolffe, Ltd.
45 Darby Road
Paoli, PA 19301

Counsel for Appellee

JACK L. COKE, JR. ESQ. (ARGUED)
Suite 800
        8117 Preston Rd
Dallas, TX. 75225

CHARLES L. HOWARD
Gollatz, Griffin, & Ewing, P.C.
16th Floor, Two Penn Center Plaza
Philadelphia, PA 19102

Counsel for Appellant

———————————


ORDER AMENDING SLIP OPINION
———————————

Please amend the above opinion as follows: (1) add the word "[sic]" in line 146 after the word "were;" (2) add a period in line 202 after the word "Roadway;" (3) add a period in line 306 after the letter "A;" and (4) change the number "230" in line 318 to "251."

BY THE COURT

Dated: May 31, 2001                                    /s/Phyllis A. Kravitch

Circuit Judge